Sengthiene Bosavanh, Esq. #249801
Milam Law
948 11th Street, Suite 17
Modesto, California 95354
(209) 576-0817
  Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| Trina Everett,<br>　　　Plaintiff,<br><br>　　　v.<br><br>Commissioner of Social Security<br>　　　Defendant. | CASE NO. 1:10-cv-01831-OWW-SKO<br><br>STIPULATION AND ORDER<br>FOR EXTENSION OF TIME TO SUBMIT<br>PLAINTIFF'S CONFIDENTIAL BRIEF |

IT IS HEREBY STIPULATED by and between the parties that Plaintiff be granted a first-time 30-day extension of time to submit a confidential brief. The extension is requested due to Plaintiff's attorney's workload demands and the number and complexity of the issues in this case. Plaintiff's counsel had to go to the emergency room for a possible broken ankle. The current due date for Plaintiff's Confidential Brief is March 14, 2011. The new due date will be April 13, 2011. The scheduling order should be modified accordingly.

Dated: March 14, 2011　　　　　　　　　　/s/ Sengthiene Bosavanh

　　　　　　　　　　　　　　　　　　　　SENGTHIENE BOSAVANH, ESQ.
　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

Dated: March 14, 2011　　　　　　　　　　BENJAMIN B. WAGNER
　　　　　　　　　　　　　　　　　　　　United States Attorney


　　　　　　　　　　　　　　　　　　　　By: /s/ Elizabeth Mary Firer
　　　　　　　　　　　　　　　　　　　　(as authorized via telephone)
　　　　　　　　　　　　　　　　　　　　ELIZABETH MARY FIRER
　　　　　　　　　　　　　　　　　　　　Special Assistant United States Attorney

# ORDER

Upon the parties' stipulation, IT IS ORDERED that Plaintiff shall serve her confidential brief upon Defendant **by no later than April 13, 2011**. All deadlines in the Court's scheduling order are modified accordingly.

Pursuant to the Court's scheduling order, all further requests to modify the scheduling order must be made by written motion and shall only be granted for good cause. (Doc. 7 ¶ 14.)

IT IS SO ORDERED.

**Dated:   March 16, 2011**               /s/ Sheila K. Oberto
                                    UNITED STATES MAGISTRATE JUDGE