BENJAMIN B. WAGNER
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration
ELIZABETH FIRER
Special Assistant United States Attorney

    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone: (415) 977-8937
    Facsimile: (415) 744-0134
    E-Mail: Elizabeth.Firer@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRINA EVERETT,<br><br>    Plaintiff,<br><br>       v.<br><br>MICHAEL J. ASTRUE,<br>Acting Commissioner of<br>Social Security,<br><br>    Defendant. | CIVIL NO. 1:10-cv-01831 OWW-SKO<br><br>STIPULATION AND ORDER TO EXTEND TIME |

      The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that Defendant shall have an extension of time of 13 days to respond to Plaintiff's Confidential Letter Brief up to and including May 31, 2011. This extension is necessary because the undersigned attorney for the Commissioner misplaced Plaintiff's confidential letter brief, which was timely faxed on April 13, 2011. Plaintiff's counsel emailed the undersigned attorney for the Commissioner on May 30, 2011 inquiring about the Commissioner's response to the letter noting it was due on May 18, 2011. The undersigned saw the email upon returning to the office following the May 30, 2011 federal holiday and notified Plaintiff's counsel that she would be providing the Commissioner's response on May 31, 2011; she also asked if counsel she would stipulate to an extension of time and Plaintiff's counsel agreed. The undersigned emailed the Commissioner's response

to Plaintiff's attorney and her assistant on May 31, 2011.

     The parties further stipulate that the Court's Scheduling Order shall be modified accordingly in that Plaintiff shall have 30 days from May 31, 2011 to file her opening brief.

                                                Respectfully submitted,

Dated: May 31, 2011
                                              */s/Sengthiene Bosavanh*
                                              SENGTHIENE BOSAVANH
                                              (as authorized via email)
                                              Attorney at Law

                                              Attorney for Plaintiff

Dated: May 31, 2011
                                              BENJAMIN B. WAGNER
                                              United States Attorney
                                              LUCILLE GONZALES MEIS
                                              Regional Chief Counsel, Region IX
                                              Social Security Administration

                             By:

                                              */s/ Elizabeth Firer*
                                              ELIZABETH FIRER
                                              Special Assistant U.S. Attorney

                                              Attorneys for Defendant

                                                   **ORDER**

IT IS SO ORDERED.

**Dated:   May 31, 2011**                              **/s/ Sheila K. Oberto**
                                              UNITED STATES MAGISTRATE JUDGE