# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRINA EVERETT,<br><br>            Plaintiff,<br><br>   v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>            Defendant. | Case No.: 1:10-cv-01831-SKO<br><br>**ORDER GRANTING REQUEST FOR EXTENSION OF TIME**<br><br>(Doc. 17) |

On June 30, 2011, the parties filed a stipulated request that Plaintiff be granted an extension of time until August 1, 2011, to file an opening brief. (Doc. 17.) The Court GRANTS the parties' request, and the schedule is modified as provided below.

Accordingly, IT IS HEREBY ORDERED THAT:

1. Plaintiff shall file an opening brief **on or before August 1, 2011**;

2. The Commissioner shall file a responsive brief **on or before August 31, 2011**; and

3. Plaintiff may file a reply brief **on or before September 15, 2011**.

IT IS SO ORDERED.

**Dated:   July 1, 2011**               /s/ Sheila K. Oberto
                                                  UNITED STATES MAGISTRATE JUDGE