UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**FRESNO DIVISION**

| | |
|---|---|
| TRINA EVERETT,  )<br>  )<br>    Plaintiff,  )<br>  )<br>    v.  )<br>  )<br>MICHAEL J. ASTRUE,  )<br>Commissioner of  )<br>Social Security,  )<br>  )<br>    Defendant.  )<br>_____) | CIVIL NO. 1:10-cv-01831-LJO -BAM<br><br>**ORDER** |

The Court, having considered the Stipulation for Extension of Time to Respond to Plaintiff's Opening Brief and good cause appearing,

IT IS ORDERED that the Stipulation is granted and Defendant may respond up to and including November 16, 2011.

IT IS SO ORDERED.

Dated:   October 21, 2011             /s/ Barbara A. McAuliffe
                                 UNITED STATES MAGISTRATE JUDGE