BENJAMIN B. WAGNER
United States Attorney
DONNA CALVERT
Acting Regional Chief Counsel, Region IX
Social Security Administration
BRENDA M. PULLIN
Special Assistant United States Attorney
Social Security Administration

    333 Market Street, Suite 1500
    San Francisco, California  94105
    Telephone:  (415) 977-8975
    Facsimile:  (415) 744-0134
    E-Mail:Brenda.Pullin@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| TRINA EVERETT,<br><br>    Plaintiff,<br><br>        v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant. | CASE NO. 1:10-CV-01831-LJO-BAM<br><br>STIPULATION AND ORDER FOR SECOND EXTENSION OF TIME TO FILE DEFENDANT'S RESPONSIVE BRIEF |

    The parties hereby stipulate through counsel, with the Court's approval as indicated by issuance of the attached Order, that Defendant shall have a second extension of time of 30 days to file his responsive brief.  The current due date was November 16, 2011, and the new due date will be December 16, 2011.

    The extension is being sought because this case was recently reassigned to the undersigned counsel for the Commissioner on top of her already-existing full caseload.  Several senior attorneys have recently left the regional counsel's office and cannot be replaced due to the hiring freeze, including a senior attorney who retired, a senior attorney who relocated to Baltimore, and our regional chief counsel who received a promotion.  This reduced staffing makes reassignment of the case to another attorney an

impossibility, as no other attorney is available to take on additional duties. In addition, undersigned counsel has had ongoing intermittent medical leave and absence from the office. Counsel apologizes to the Court for the timing of this request, as she was out of the office before and after the previous deadline of November 16, 2011. Undersigned counsel also has long-scheduled travel planned for November 23– 29, 2011.

Also, following the change in Chief Counsel in the regional office, there have recently been major changes in office organization directly impacting the undersigned counsel's responsibilities, including overhauls in the manner in which work is assigned, completed, and reviewed, and the undersigned has been asked to train other attorneys in new roles, which has required in-depth meetings and coordination. Given these constraints, the Commissioner respectfully requests 30 additional days in which to complete the Commissioner's response to Plaintiff's Opening Brief.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: November 18, 2011      */s/ Sengthiene Bosavanh*
(As authorized via e-mail)
SENGTHIENE BOSAVANH
Attorney for Plaintiff

Dated: November 18, 2011      BENJAMIN B. WAGNER
United States Attorney

/s/ *Brenda M. Pullin*
BRENDA M. PULLIN
Special Assistant U.S. Attorney

IT IS SO ORDERED.

Dated:   November 22, 2011            /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE