1  BENJAMIN B. WAGNER
United States Attorney
2  DONNA CALVERT
Acting Regional Chief Counsel, Region IX
3  Social Security Administration
BRENDA M. PULLIN
4  Special Assistant United States Attorney
Social Security Administration
5
333 Market Street, Suite 1500
6  San Francisco, California  94105
Telephone:  (415) 977-8975
7  Facsimile:  (415) 744-0134
E-Mail:Brenda.Pullin@ssa.gov
8
Attorneys for Defendant
9

UNITED STATES DISTRICT COURT
10
EASTERN DISTRICT OF CALIFORNIA
11
FRESNO DIVISION
12

13  TRINA EVERETT,                          )
                                          )         CASE NO. 1:10-CV-01831-LJO-BAM
14       Plaintiff,                       )
                                          )
15       v.                               )         STIPULATION AND ORDER FOR SECOND
                                          )         EXTENSION OF TIME TO FILE
16  MICHAEL J. ASTRUE,                     )         DEFENDANT'S RESPONSIVE BRIEF
   Commissioner of Social Security,       )
17                                        )
        Defendant.                        )
18  _____)

19

20       The parties hereby stipulate through counsel, with the Court's approval as indicated by issuance

21  of the attached Order, that Defendant shall have a second extension of time of 30 days to file his

22  responsive brief.  The current due date was November 16, 2011, and the new due date will be

23  December 16, 2011.

24       The extension is being sought because this case was recently reassigned to the undersigned

25  counsel for the Commissioner on top of her already-existing full caseload.  Several senior attorneys have

26  recently left the regional counsel's office and cannot be replaced due to the hiring freeze, including a

27  senior attorney who retired, a senior attorney who relocated to Baltimore, and our regional chief counsel

28  who received a promotion.  This reduced staffing makes reassignment of the case to another attorney an

impossibility, as no other attorney is available to take on additional duties.  In addition, undersigned

counsel has had ongoing intermittent medical leave and absence from the office.  Counsel apologizes to

the Court for the timing of this request, as she was out of the office before and after the previous

deadline of November 16, 2011.  Undersigned counsel also has long-scheduled travel planned for

November 23– 29, 2011.

        Also, following the change in Chief Counsel in the regional office, there have recently been

major changes in office organization directly impacting the undersigned  counsel's responsibilities,

including overhauls in the manner in which work is assigned, completed, and reviewed, and the

undersigned has been asked to train other attorneys in new roles, which has required in-depth meetings

and coordination.  Given these constraints, the Commissioner respectfully requests 30 additional days in

which to complete the Commissioner's response to Plaintiff's Opening Brief.

        The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

                                     Respectfully submitted,

Dated: November 18, 2011            */s/ Sengthiene Bosavanh*
                                    (As authorized via e-mail)
                                    SENGTHIENE BOSAVANH
                                    Attorney for Plaintiff

Dated: November 18, 2011            BENJAMIN B. WAGNER
                                    United States Attorney

                                    /s/ *Brenda M. Pullin*
                                    BRENDA M. PULLIN
                                    Special Assistant U.S. Attorney

IT IS SO ORDERED.

Dated:   November 22, 2011             /s/ Barbara A. McAuliffe
                                  UNITED STATES MAGISTRATE JUDGE