Sengthiene Bosavanh, Esq. #249801
Milam Law
948 11th Street, Suite 17
(209) 576-0817
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| Trina Everett,<br>    Plaintiff,<br><br>v.<br><br>Commissioner of Social Security<br>    Defendant. | CASE NO. 1:10-cv-01831-LJO-BAM<br><br>MOTION AND ORDER<br>FOR EXTENSION OF TIME TO SUBMIT<br>PLAINTIFF'S REPLY BRIEF |

Plaintiff, through counsel, respectfully requests a 7-day extension of time to file a reply brief. This extension is requested due to Plaintiff's attorney's previously scheduled family vacation and recent sickness in the family.  Plaintiff's attorney has been ill with the flu along with Plaintiff's three young children, ages 9 months, 2 years, and 7 years. Last week and today, Plaintiff's attorney has had to take time off to care for her sick children as well as herself and has not had time to work on this reply brief.

The current due date for Plaintiff's Reply Brief is January 3, 2012.  The new due date will be January 10, 2012.  The scheduling order should be modified accordingly.

Dated: January 3, 2012          /s/ Sengthiene Bosavanh

                                        SENGTHIENE BOSAVANH, ESQ.
                                        Attorney for Plaintiff

APPROVED AND SO ORDERED.

Dated: <u>1/4/2012</u>          /s/ BARBARA A. McAULIFFE
                                        Barbara A. McAuliffe
                                        United States Magistrate Judge